IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**MARY R. HARRIS,**                               09-CV-6075-HU

       **Plaintiff,**                      ORDER

v.

**MICHAEL ASTRUE, Commissioner,**
**Social Security Administration,**

       **Defendant.**


**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#19) on August 11, 2010, in which he recommends this Court affirm the Commissioner's decision denying

1 - ORDER

Plaintiff's applications for disability insurance benefits and supplemental security income benefits.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Shiny Rock Min. Corp v. U.S.*, 825 F.2d 216, 218. (9th Cir. 1987).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#19).  Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 7th day of September, 2010.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge